# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDNA VANBAULEN, ET AL.<br><br>v.<br><br>WELLS FARGO FINANCIAL TEXAS, INC. | §<br>§ Civil Action No. 4:19-CV-606<br>§ (Judge Jordan/Judge Nowak)<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2020, the report of the Magistrate Judge (Dkt. #35) was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo USA Holdings, Inc., successor by merger to Wells Fargo Financial Texas, Inc.'s Motion to Dismiss (Dkt. #24) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Wells Fargo USA Holdings, Inc., successor by merger to Wells Fargo Financial Texas, Inc.'s Motion to Dismiss (Dkt. #24) is **GRANTED**, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 9th day of April, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE