# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EDNA VANBAULEN, ET AL. | § |
| | § CIVIL ACTION NO. 4:19-CV-606 |
| v. | § (Judge Jordan/Judge Nowak) |
| | § |
| WELLS FARGO FINANCIAL | § |
| TEXAS, INC. | § |

## FINAL JUDGMENT

Based on the Memorandum Adopting Report and Recommendation of United States Magistrate Judge, (Dkt. #37), the Court ORDERS that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

This is a final judgment. Each party will bear its own costs.

**So ORDERED and SIGNED this 9th day of April, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE